In re BURNS. VIRGINIA–CAROLINA CHEMICAL CO. v. HALL. (Circuit Court of Appeals, Fifth Circuit. October 29, 1909.) No. 1,962. Appeal from the District Court of the United States for the Southern District of Georgia. Walter T. Johnson, for appellant. M. P. Hall, for appellee. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. For the reasons given in the court below (171 Fed. 1008), the judgment of the District Court is affirmed.

---

CITY OF MOBILE et al. v. SOUTHERN BELL TELEPHONE & TELE-GRAPH CO. (Circuit Court of Appeals, Fifth Circuit. December 21, 1909.) No. 2,020. Appeal from the Circuit Court of the United States for the Southern District of Alabama. See, also, 162 Fed. 523. B. B. Boone, for appellants. Wm. H. McIntosh, J. C. Rich, and Hunt Chipley (Edward P. Meany, on the brief), for appellee. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The part of the decree which follows the names of the defendants enjoined is amended, so as to make the sentence read as follows: "Are hereby perpetually restrained and enjoined from interfering with the property of complainant in said city of Mobile, its wires, poles, and any and all apparatus owned by it and constituting its telephone plant and system in said city, so as to impair any rights conferred on the complainant by said ordinances made Exhibits A and B to the bill; but said defendants are not otherwise restrained, nor are they enjoined from exercising such control of the use of said property by complainant as is consistent with the proper exercise of the police power, and they are also perpetually enjoined and restrained from interfering with the agents, servants, and employés of complainant in replacing the poles of the complainant on the east side of Claiborne street, between St. Anthony and Congress streets, in said city of Mobile." And, as so amended, the decree is affirmed.

---

ELLSWORTH TRUST CO. v. CONRAD et al. (Circuit Court of Appeals, Fifth Circuit. January 18, 1910.) No. 1,902. In Error to the Circuit Court of the United States for the Southern District of Florida. E. P. Axtell and C. D. Rinehart, for plaintiff in error. Geo. M. Robbins, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the judges are of opinion that the tax deed under which the plaintiff in error claims was void, because the assessment was not made in accordance with the law. The judgment of the Circuit Court is therefore affirmed.